# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles H. Szakal and Dolores M. Szakal | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-23438 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7672

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant