**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Charles H. Szakal, | ) | Bankruptcy No.: 12-23438-JAD |
| Dolores M. Szakal, | ) | |
| | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| Nationstar Mortgage, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | Document No. |
| | ) | |
| Charles H. Szakal, | ) | |
| Dolores M. Szakal, | ) | |
| | ) | Related to Document Nos. |
| and | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

**DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant to the Order of Court entered on January 27, 2017, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed payment changes for March 1, 2017.

The new post-petition monthly payment payable to Movant is $489.74 effective March 1, 2017 per the notice dated January 26, 2017. Debtor's Chapter 13 Plan provides for sufficient monthly Plan payments that will provide for this change.

Dated: February 15, 2017       /s/Brian C. Thompson, Esquire
                               Brian C. Thompson
                               PA ID: 91197
                               Thompson Law Group, P.C.
                               400 Penn Center Blvd., Suite 306
                               Pittsburgh, PA 15235
                               (412) 823-8080 Telephone
                               (412) 823-8686 Facsimile
                               bthompson@thompsonattorney.com