## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Charles H. Szakal, | ) | Bankruptcy No.: 12-23438-JAD |
|     Dolores M. Szakal, | ) | |
| | ) | |
|     Debtors, | ) | Chapter 13 |
| | ) | |
| Nationstar Mortgage, LLC, | ) | |
| | ) | |
|     Movant, | ) | |
| v. | ) | Document No. |
| | ) | |
| Charles H. Szakal, | ) | |
| Dolores M. Szakal, | ) | |
| | ) | Related to Document Nos. |
|     and | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
|     Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on February 15, 2017, via electronic communication and/or first class mail postage prepaid:

Ronda J. Winnecour  
Suite 3250 U.S. Steel Tower  600  
Grant Street  
Pittsburgh, PA 15219  

Office of U.S. Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222  

Michael Daniels, Manager  
Nationstar Mortgage, LLC  
PO Box 630267  
Irving, TX 75063  

Date: February 15, 2017  

s/Jessica Wrzosek  
Jessica Wrzosek, Paralegal  
THOMPSON LAW GROUP, P.C.  
125 Warrendale-Bayne Rd., Suite 200  
Pittsburgh, Pennsylvania 15235  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
jwrzosek@thompsonattorney.com