**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/14/2017

IN RE:

CHARLES H. SZAKAL
DOLORES M. SZAKAL
459 FIFTH STREET
DONORA, PA  15033
XXX-XX-4687              Debtor(s)

XXX-XX-3755

Case No.12-23438 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/14/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM:  4,303.86<br>COMMENT:  LOAN MOD @ CID 24*662/PL*BGN 8/12*FR NATIONSTAR-DOC 105 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3921 |
| **AUTHORITY OF BOROUGH OF CHARLEROI**<br>PO BOX 211<br><br>CHARLEROI, PA  15022-0211 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  011010 |
| **CENTRAL CARDIOVASCULAR ASSOC**<br><1200 CENTRE AVE STE 140><br><PITTSBURGH PA><br><br> 15219 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  125332311 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH  48216-0117 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  22.97<br>COMMENT:  10746477800800004/SCH*104647780084 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0084 |
| **DR ASHOK JAIN**<br>DR RAJESH SHAH<br>133 FINLEY RD<br><br>BELLE VERNON, PA  15012 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  SZACH100 |
| **JEFFERSON CARDIOLOGY++**<br>C/O JEFFERSON HOSPITAL/MEDICAL<br>575 COAL VALLEY RD STE 404<br><br>CLAIRTON, PA  15025 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  51959 |
| **MON VALLEY SEWAGE AUTHORITY**<br>MIDA INDUSTRIAL PK<br>20 GALIFFA DR POB 792<br><br>DONORA, PA  15033 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **MONONGAHELA VALLEY HOSPITAL**<br>POB 643216<br><br>PITTSBURGH, PA  15265-3216 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  V000874085025 |
| **SOUTH HILLS PAIN REHAB ASSOCIATES**<br>575 COAL VALLEY RD STE 277<br><br>CLAIRTON, PA  15025-3716 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  40812 |
| **ORTHOPEDIC GROUP**<br>800 PLAZA DR<br>STE 240<br><br>BELLE VERNON, PA  15012 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  91398 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2007091740 |
| **WEST PENN POWER****<br>1310 FAIRMONT AVE<br>FAIRMONT, WV  26554 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 307.56<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8066 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,019.16<br>COMMENT: NT/SCH*WAMU | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6314 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 534.25<br>COMMENT: NT/SCH*GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9514 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 625.12<br>COMMENT: NT/SCH*CHASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8513 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 984.45<br>COMMENT: NT/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0810 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,954.53<br>COMMENT: NT/SCH*GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2905 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 1,012.48<br>COMMENT: NT/SCH*RJM ACQUISITIONS*DISCOVER*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2004 |
| **US BANK NA - INDENTURE TRUSTEE**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ CID 24*18k/PL*16833.85/CL*THR 7/12*FR NATIONSTAR-DOC 105 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3921 |
| **JOHN E CUPPER**<br>551 MCKEAN AVE<br>DONORA, PA  15033 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /AMD F*DISPUTED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:9 | ACCOUNT NO.: 3921 |
| PO BOX 65450 | CLAIM: 7,082.80 | |
| SALT LAKE CITY, UT 84165 | COMMENT: LOAN MOD @ CID 24*FR NATIONSTAR-DOC 105 | |
| | | |
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:09 | ACCOUNT NO.: 3921 |
| PO BOX 65450 | CLAIM: 744.36 | |
| SALT LAKE CITY, UT 84165 | COMMENT: ESCROW SHORTAGE PMT/OE-CONF*FR NATIONSTAR-DOC 105 | |
| | | |
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:09 | ACCOUNT NO.: 3921 |
| PO BOX 65450 | CLAIM: 500.00 | |
| SALT LAKE CITY, UT 84165 | COMMENT: $/NTC-PL*NTC POSTPET FEE/EXP*REF CL*W/19*FR NATIONSTAR-DOC 105 | |
| | | |
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:09 | ACCOUNT NO.: 3921 |
| PO BOX 65450 | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84165 | COMMENT: PMT/DECL*DK4PMT-LMT*BGN 3-14*FR NATIONSTAR-DOC 105 | |