# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  CHARLES H. SZAKAL<br>  DOLORES M. SZAKAL<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>         Movant<br>              vs.<br>  CHARLES H. SZAKAL<br>  DOLORES M. SZAKAL<br><br>         Respondents | Case No. 12-23438JAD<br><br>Chapter 13<br><br>Document No. 113 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __10th__ day of __July__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Mon Valley Care Cntr
> Attn: Payroll Manager
> 200 Stoops Dr
> Monogahela, PA 15063

is hereby ordered to immediately terminate the attachment of the wages of CHARLES H. SZAKAL, social security number XXX-XX-4687. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHARLES H. SZAKAL.

FURTHER ORDERED: n/a.

BY THE COURT:

/s/ jsf

UNITED STATES BANKRUPTCY JUDGE
**JEFFERY A. DELLER**

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
7/10/17 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23438-JAD
Charles H. Szakal                                                   Chapter 13
Dolores M. Szakal
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala            Page 1 of 1              Date Rcvd: Jul 10, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
db/jdb         +Charles H. Szakal,   Dolores M. Szakal,   459 Fifth Street,   Donora, PA 15033-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Dolores M. Szakal bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Brian C. Thompson    on behalf of Debtor Charles H. Szakal bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Hilary B. Bonial    on behalf of Creditor    Nationstar Mortgage notice@bkcylaw.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association as Indenture
               Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8