IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Charles H. Szakal | : | Case No. 12-23438JAD |
| Dolores M. Szakal | : | Chapter 13 |
|     Debtor(s) | : | |
| Thompson Law Group, P.C. | : | |
| | : | Related to Document # 116 |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondent Named | : | |
| | : | Hearing Date 9/19/17 |

## TRUSTEE'S RESPONSE TO APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Trustee does not object to the amount of compensation sought by Thompson Law Group, P.C. (hereinafter sometimes referred to as "the firm") for the period from 10/21/2014 through 7/27/2017, but the Trustee believes that $1,000 heretofore disbursed to that firm should be credited against the amount sought in this application.

2. Thompson Law Group, PC filed a previous application for compensation for the period from 7/5/2012 through 10/20/2014, which awarded $3,826.37, consisting of fees totaling $3,805 and $21.37 in costs.

3. From June 2013 through October 2014, Thompson Law Group, PC performed services in connection with the debtors' participation in this Court's Loss Mitigation Program. The Trustee issued payment of the LMP "no look" fee in the amount of $1,000 to the law firm on 10/29/2014, upon the filing of the LMP Final Report.

4. W.PA.LBR 9020-7(c) provides as follows:

(c) Counsel for the debtor is entitled to receive reasonable compensation for all work involved in connection with the LMP process and shall file an application for allowance of attorney fees and costs with the Court, or alternatively accept a "no look" fee in a reasonable amount not to exceed $1,000 to be paid as an administrative expense. Debtor's counsel may also treat the Document Preparation Software fee of up to $40 and the Portal fee of up to $40 as administrative expenses. Counsel for the debtor shall request compensation for LMP work in excess of the no look fee by way of a fee application substantially conforming to W.PA.LBR 2016-1 which shall separately itemize and designate fees and expenses arising from LMP-related services. No fees or expenses arising from LMP-related services may be paid until an LMP Final Report is filed pursuant to W.PA.LBR 9020-4(f).

5. Counsel seeking compensation for services in connection with LMP may elect to be paid a $1,000 "no look" fee for those services, or counsel may elect to itemize the time spent on LMP in an application for compensation.

6. On 10/29/2014, when the $1,000 "no look" LMP fee was disbursed to the firm, the Trustee had not yet reviewed the application for compensation filed on 10/20/2014.

7. The services performed by the firm in connection with LMP were included and itemized in the 10/20/2014 application for compensation. Since the firm elected to itemize its LMP services in the application for compensation, payment of the LMP "no look" fee was inconsistent with the election made by the firm to itemize its time in the application for compensation.

8. As a result, the firm has been overpaid in the amount of $1,000, and that amount should be credited toward the compensation to be awarded to the firm pursuant to the pending application for compensation.

WHEREFORE, the Trustee requests that the amount payable to Thompson Law Group, PC in the pending application for compensation be reduced by the $1,000 heretofore paid to the firm in the form of an LMP "no look" fee.

                                RONDA J. WINNECOUR,
                                CHAPTER 13 TRUSTEE

Date: 8/04/17                by   _/s/ Richard J. Bedford
                                Richard J. Bedford - PA I.D. #25069
                                Attorney for Trustee
                                US Steel Tower – Suite 3250
                                600 Grant St.
                                Pittsburgh, PA  15219
                                (412) 471-5566
                                rbedford@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Charles H. Szakal | : | Case No. 12-23438JAD |
| Dolores M. Szakal | : | Chapter 13 |
| Debtor(s) | : | |
| Thompson Law Group, P.C. | : | |
| | : | Related to Document # 116 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondent Named | : | |
| | : | Hearing Date 9/19/17 |

CERTIFICATE OF SERVICE

I hereby certify that on the 09th of August 2017, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Charles and Dolores Szakal
459 Fifth Street
Donora PA 15033

Brian Thompson, Esquire
125 Warrendale-Bayne Road
Suite 200
Warrendale PA 15086

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com