# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| Debtor: | CHARLES H. & DOLORES M. SZAKAL |
| Case Number: | 12-23438-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, SEPTEMBER 19, 2017 10:00 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

## *Matter:*

Application For Interim Compensation and Reimbursement of Expenses As Counsel For The Debtors filed by Thompson Law Group, P.C.
- Response Filed 8/9/2017 by Ronda J. Winnecour, Esq. @ Doc. #118 [Due 8/14/2017]
R / M #:  116 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Brian C. Thompson, Esq.  / Lem'n.
CREDITOR:

FILED
9/19/17 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Proceedings:*

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at _____
  _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order - NONJURY / JURY
  _____ Simple / Pretrial Order - NONJURY / JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Proposed order due w/7 days.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge