# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23438-JAD |
| | ) | |
| Charles H. Szakal, | ) | Chapter 13 |
| Delores M. Szakal, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| vs. | ) | **September 19, 2017 at 10:00 a.m.** |
| | ) | |
| No Respondent. | ) | |

## CONSENT ORDER OF COURT

**AND NOW,** the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of $273.00 for services rendered on behalf of the Debtor(s) for the period between October 21, 2014 through July 27, 2017, which represents $260.00 in fees and $13.00 in costs.

Date: _____

                                                      U.S. Bankruptcy Court Judge

Date: _____9/26/2017_____

                                            <u>Owen Katz, Staff Attorney</u>
                                            Office of the Chapter 13 Trustee
                                            US Steel Tower, Suite 3250
                                            600 Grant Street
                                            Pittsburgh  PA  15219
                                            Telephone (412) 471-5566 x3124
                                            Facsimile  (412) 471-5470
                                            okatz@chapter13trusteewdpa.com

Date:_____9/26/2017_____

                                            s/Brian C. Thompson
                                            Brian C. Thompson, Esquire

PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com