Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Charles H. Szakal
Dolores M. Szakal**
Debtor(s)

Bankruptcy Case No.: 12−23438−JAD
Doc. #124
Chapter: 13
Docket No.: 126 − 124

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this 22nd day of November, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/2/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/10/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/2/18.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 12-23438-JAD
Charles H. Szakal                                              Chapter 13
Dolores M. Szakal
          Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0315-2           User: skoz                  Page 1 of 2                  Date Rcvd: Nov 22, 2017
                               Form ID: 408                Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db/jdb         +Charles H. Szakal,    Dolores M. Szakal,    459 Fifth Street,    Donora, PA 15033-1843
cr              Nationstar Mortgage,    P. O. Box 829009,    Dallas, TX  75382-9009
13416342       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Dr 11th Fl,
                   Cincinnati OH 43215)
13416341       +Central Cardiovascular Assoc.,    1350 Locust Street,    Pittsburgh, PA 15219-4738
13416343       +Dr. Ashok Jain,    Dr. Rajesh Shah,    133 Finley Road,    Belle Vernon, PA 15012-1994
13416344       +Jefferson Cardiology Association,    PO Box 18285,    Pittsburgh, PA 15236-0285
13451716       +John E. Cupper,    551 McKean Avenue,    Donora, PA 15033-1001
13416345       +Mon Valley Sewage Authority,    459 Fifth Street,    Donora, PA 15033-1843
13488554       +Mon Valley Sewage Authority,    20 South Washington Street,    Donora, PA 15033-1394
13416346       +Monongahela Valley Hospital,    PO Box 643216,    Pittsburgh, PA 15264-3216
13416347       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13416348       +South Hills Pain Rehab Assoc,    459 5th Street,    Donora, PA 15033-1843
13416349       +The Orthopedic Group, PC,    800 Plaza Dr., Ste. 240,    Belle Vernon, PA 15012-4033
13416350       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13437249        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2017 02:25:44
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13437991        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2017 02:08:14     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
14354151        E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2017 02:09:14
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13416351       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 23 2017 02:07:54     West Penn Power,
                 P.O. Box 1392,    Fairmont WV 26555-1392
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Towd Point Mortgage Trust 2016-4, U.S. Bank Nation
cr              U.S. Bank National Association as Indenture Truste
13504625*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
                   Lewisville, TX 75067-4177)
13416340      ##+Authority of the Borough of Charleroi,    PO Box 21690,    Lehigh Valley, PA 18002-1690
                                                                                TOTALS: 3, * 1, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: skoz              Page 2 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: 408            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Dolores M. Szakal bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Charles H. Szakal bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Hilary B. Bonial    on behalf of Creditor    Nationstar Mortgage notice@bkcylaw.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association as Indenture
               Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank
               National Association as Indenture Trustee mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```