**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES H. SZAKAL<br>DOLORES M. SZAKAL<br>      Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Repondents. | Case No.:12-23438 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| November 21, 2017 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/05/2012 and confirmed on 9/10/12. The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,873.64 |
| Less Refunds to Debtor | 1,308.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,565.48 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,099.37 | |
|    Trustee Fee | 1,764.37 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,863.74 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 4,303.86 | 4,303.86 | 0.00 | 4,303.86 |
|     Acct: 3921 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 7,028.20 | 7,028.20 | 0.00 | 7,028.20 |
|     Acct: 3921 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 23,397.24 | 0.00 | 23,397.24 |
|     Acct: 3921 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3921 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 744.36 | 744.36 | 0.00 | 744.36 |
|     Acct: 3921 | | | | |
| | | | | 35,473.66 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES H. SZAKAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES H. SZAKAL | 1,308.16 | 1,308.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 273.00 | 273.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-17 | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 326.37 | 326.37 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-14 | | | | |
|   US BANK NA - INDENTURE TRUSTEE | 500.00 | 500.00 | 0.00 | 500.00 |
|     Acct: 3921 | | | | |
| | | | | 500.00 |

12-23438 JAD                                                                                      Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| AUTHORITY OF BOROUGH OF CHARLER<br>Acct: XX1010 | 0.00 | 0.00 | 0.00 | 0.00 |
| CENTRAL CARDIOVASCULAR ASSOC<br>Acct: XXXXX2311 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)<br>Acct: 0084 | 22.97 | 12.84 | 0.00 | 12.84 |
| DR ASHOK JAIN<br>Acct: XXXXH100 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CARDIOLOGY++<br>Acct: X1959 | 0.00 | 0.00 | 0.00 | 0.00 |
| MON VALLEY SEWAGE AUTHORITY<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| MONONGAHELA VALLEY HOSPITAL<br>Acct: XXXXXXXXX5025 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTH HILLS PAIN REHAB ASSOCIATES<br>Acct: X0812 | 0.00 | 0.00 | 0.00 | 0.00 |
| ORTHOPEDIC GROUP<br>Acct: X1398 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++<br>Acct: XXXXXX1740 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER**<br>Acct: 8066 | 307.56 | 171.88 | 0.00 | 171.88 |
| AMERICAN INFOSOURCE LP AGENT - MI<br>Acct: 6314 | 3,019.16 | 1,687.23 | 0.00 | 1,687.23 |
| AMERICAN INFOSOURCE LP AGENT - MI<br>Acct: 9514 | 534.25 | 298.56 | 0.00 | 298.56 |
| AMERICAN INFOSOURCE LP AGENT - MI<br>Acct: 8513 | 625.12 | 349.34 | 0.00 | 349.34 |
| AMERICAN INFOSOURCE LP AGENT - MI<br>Acct: 0810 | 984.45 | 550.15 | 0.00 | 550.15 |
| AMERICAN INFOSOURCE LP AGENT - MI<br>Acct: 2905 | 1,954.53 | 1,092.27 | 0.00 | 1,092.27 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 2004 | 1,012.48 | 565.81 | 0.00 | 565.81 |
| JOHN E CUPPER<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,728.08 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 40,701.74 |

TOTAL
CLAIMED              500.00
PRIORITY          12,076.42
SECURED            8,460.52

Date: 11/21/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　CHARLES H. SZAKAL<br>　　DOLORES M. SZAKAL<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:12-23438 JAD<br><br>Chapter 13<br><br>Document No.: |

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 12-23438-JAD
Charles H. Szakal                                                   Chapter 13
Dolores M. Szakal
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: skoz                  Page 1 of 2                  Date Rcvd: Nov 22, 2017
                              Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db/jdb         +Charles H. Szakal,    Dolores M. Szakal,    459 Fifth Street,    Donora, PA 15033-1843
cr              Nationstar Mortgage,    P. O. Box 829009,    Dallas, TX   75382-9009
13416342       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:   Columbia Gas of Pennsylvania,    200 Civic Center Dr 11th Fl,
                  Cincinnati OH 43215)
13416341       +Central Cardiovascular Assoc.,    1350 Locust Street,    Pittsburgh, PA 15219-4738
13416343       +Dr. Ashok Jain,   Dr. Rajesh Shah,    133 Finley Road,    Belle Vernon, PA 15012-1994
13416344       +Jefferson Cardiology Association,    PO Box 18285,    Pittsburgh, PA 15236-0285
13451716       +John E. Cupper,    551 McKean Avenue,    Donora, PA 15033-1001
13416345       +Mon Valley Sewage Authority,    459 Fifth Street,    Donora, PA 15033-1843
13488554       +Mon Valley Sewage Authority,    20 South Washington Street,    Donora, PA 15033-1394
13416346       +Monongahela Valley Hospital,    PO Box 643216,    Pittsburgh, PA 15264-3216
13416347       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13416348       +South Hills Pain Rehab Assoc,    459 5th Street,    Donora, PA 15033-1843
13416349       +The Orthopedic Group, PC,    800 Plaza Dr., Ste. 240,    Belle Vernon, PA 15012-4033
13416350       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13437249        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2017 02:25:37
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13437991        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2017 02:08:13      Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
14354151        E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2017 02:09:14
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13416351       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 23 2017 02:07:53      West Penn Power,
                 P.O. Box 1392,   Fairmont WV 26555-1392
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE LLC
cr               Towd Point Mortgage Trust 2016-4, U.S. Bank Nation
cr               U.S. Bank National Association as Indenture Truste
13504625*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
                  Lewisville, TX 75067-4177)
13416340      ##+Authority of the Borough of Charleroi,    PO Box 21690,    Lehigh Valley, PA 18002-1690
                                                                                 TOTALS: 3, * 1, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: skoz                 Page 2 of 2                  Date Rcvd: Nov 22, 2017
                                  Form ID: pdf900            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson    on behalf of Joint Debtor Dolores M. Szakal bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Brian C. Thompson    on behalf of Debtor Charles H. Szakal bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          Hilary B. Bonial    on behalf of Creditor    Nationstar Mortgage notice@bkcylaw.com
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association as Indenture
           Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank
           National Association as Indenture Trustee mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9