IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Charles H. Szakal, | : | Bankruptcy No. 12-23438-JAD |
| Dolores M. Szakal, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Thompson Law Group, P.C., | : | Document No. |
| | : | |
| Applicant, | : | Related to Document No. |
| | : | |
| v. | : | |
| | : | **Hearing Date and Time:** |
| No Respondent. | : | January 10, 2018 at 11:00 a.m. |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On <u>October 3, 2012</u> at docket numbers <u>33</u> and <u>34</u> Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: December 15, 2017         <u>Charles H. Szakal/  Debtor</u>
                                 Charles H. Szakal, Debtor
Dated: December 15, 2017         <u>Dolores M. Szakal/ Debtor</u>
                                 Dolores M. Szakal, Debtor

                                 Respectfully submitted,

Dated: December 15, 2017         <u>/s/Brian C. Thompson, Esquire</u>
                                 Brian C. Thompson
                                 PA ID: 91197
                                 Thompson Law Group, P.C.
                                 125 Warrendale-Bayne Road, Suite 200
                                 Warrendale, PA 15086
                                 (724) 799-8404 Telephone
                                 bthompson@thompsonattorney.com