**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    CHARLES H. SZAKAL
    DOLORES M. SZAKAL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-23438 JAD

Chapter 13

Document No.: 124

ORDER OF COURT

    AND NOW, this ___3rd___ day of __January__, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

FILED
1/3/18 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                Case No. 12-23438-JAD
Charles H. Szakal                                                     Chapter 13
Dolores M. Szakal
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala              Page 1 of 2             Date Rcvd: Jan 03, 2018
                              Form ID: pdf900         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
```
db/jdb         +Charles H. Szakal,   Dolores M. Szakal,   459 Fifth Street,   Donora, PA 15033-1843
cr              Nationstar Mortgage,    P. O. Box 829009,    Dallas, TX  75382-9009
13416342      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    200 Civic Center Dr 11th Fl,
                  Cincinnati OH 43215)
13416341       +Central Cardiovascular Assoc.,    1350 Locust Street,   Pittsburgh, PA 15219-4738
13416343       +Dr. Ashok Jain,    Dr. Rajesh Shah,   133 Finley Road,   Belle Vernon, PA 15012-1994
13416344       +Jefferson Cardiology Association,    PO Box 18285,   Pittsburgh, PA 15236-0285
13451716       +John E. Cupper,   551 McKean Avenue,    Donora, PA 15033-1001
13416345       +Mon Valley Sewage Authority,    459 Fifth Street,   Donora, PA 15033-1843
13488554       +Mon Valley Sewage Authority,    20 South Washington Street,    Donora, PA 15033-1394
13416346       +Monongahela Valley Hospital,    PO Box 643216,   Pittsburgh, PA 15264-3216
13416347      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
13416348       +South Hills Pain Rehab Assoc,    459 5th Street,   Donora, PA 15033-1843
13416349       +The Orthopedic Group, PC,    800 Plaza Dr., Ste. 240,   Belle Vernon, PA 15012-4033
13416350       +UPMC Physician Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13437249        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 04 2018 02:03:58
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13437991        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 04 2018 02:01:48     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
14354151        E-mail/Text: jennifer.chacon@spservicing.com Jan 04 2018 02:02:32
                 U.S. Bank National Association,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13416351       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 04 2018 02:01:35     West Penn Power,
                 P.O. Box 1392,   Fairmont WV 26555-1392
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Towd Point Mortgage Trust 2016-4, U.S. Bank Nation
cr              U.S. Bank National Association as Indenture Truste
13504625*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,   350 Highland Dr,
                  Lewisville, TX 75067-4177)
13416340      ##+Authority of the Borough of Charleroi,   PO Box 21690,   Lehigh Valley, PA 18002-1690
                                                                                  TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: aala                Page 2 of 2                  Date Rcvd: Jan 03, 2018
                              Form ID: pdf900           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Dolores M. Szakal bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Charles H. Szakal bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Hilary B. Bonial    on behalf of Creditor    Nationstar Mortgage hbonial@bonialpc.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank National Association as Indenture
               Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank
               National Association as Indenture Trustee mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```